UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at Pikeville)

| | | |
|---|---|---|
| JOEL DENNIS CRAFTON, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 7:20-096-DCR |
| | ) | |
| v. | ) | |
| | ) | |
| HECTOR JOYNER, Warden, | ) | **JUDGMENT** |
| | ) | |
| Respondent. | ) | |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

In accordance with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. The petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 by Petitioner Joel Dennis Crafton [Record No. 1] is **DENIED** with respect to all issues raised in this proceeding.

2. Judgment is entered in favor of Respondent with respect to all issues raised in this proceeding.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

-1-

-2-

Dated: November 18, 2020.

                                        Danny C. Reeves, Chief Judge
                                        United States District Court
                                        Eastern District of Kentucky